UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YESSUH SUHYES HUSSEY
_____
_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

"JOHN DOE" "LICENSES PLATE
# HLD 8446" OF THE
OWNERS MAZDA, VEHICLE
_____
_____
_____
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 16 2023 ★
LONG ISLAND OFFICE

CV 23-1780

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND
YES ✓   NO ___

Chen, J.
Bloom, M.J.

I.  **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. **Name of plaintiff** YESSUH SUHYES HUSSEY

If you are incarcerated, provide the name of the facility and address:

ANNA M KROSS CENTER
1818 HAZEN STREET
EAST ELMHURST 11370

Prisoner ID Number: NYSID# 15124253L
B&C# 3492162369

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: *NONE*


**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.


Defendant No. 1

*JOHN DOE*
Full Name

*EXPIRED CORRECTION OFFICER*
Job Title

*UNKNOWN, DRIVES A MAZDA LICENSES # HLD 8446*
Address


Defendant No. 2

_____
Full Name

_____
Job Title

_____
Address


Defendant No. 3

_____
Full Name

_____
Job Title

2

|  | Address |
|---|---|
| **Defendant No. 4** | Full Name |
|  | Job Title |
|  | Address |
| **Defendant No. 5** | Full Name |
|  | Job Title |
|  | Address |

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _RED LION RESTAURANT IN SOHO MANHATTAN NEW YORK_

When did the events happen? (include approximate time and date) _ON AUGUST 29TH 2020_

3

Facts: (what happened?) JOHN DOE THE DRIVER AND OWNER OF MAZDA TRUCK LICENSES PLATE # HUD 8446 WAS DRINKING & UNDER THE INFLUENCE OF ALCOHOL ON AUGUST 29TH 2020 ⇒ HE RANDOMLY ATTACKED I YESSUH SUHYES HUSSEY A PASSERBY INFRONT OF THE RED LION RESTAURANT AROUND 8PM ⇒ HIS REASON IS/WAS "YOU'RE A MORON". THE 6TH FOOT MAN ABOUT 250 POUNDS OR MORE PUNCHED ME IN THE FACE FLAT TO THE GROUND FOR NO LOGICAL OR APPARENT REASON. I LOOKED AT HIS ID AFTER I GOT UP FROM THE GROUND THROUGH THE WINDOW OF THE OPEN FRONT WINDOW OF THE DOOR. AND NOTED THAT HE IS A CORRECTION OFFICER WHOM CARD WAS EXPIRED & MIGHT ALSO BE RETIRED. THE WAITRESS & WAITOR AT RED LION WITNESSED AND CAN PROVE MY STATEMENT FACTUAL BECAUSE THEY ARE EYE WITNESSES.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

SEVERE BACK PAIN & JOINT PAIN & EXTREME HEADACHES BECAUSE OF THE WRONG HE DONE OF WHICH HE HAD NO RIGHT TO AND STILL & WILL NEVER HAVE SUCH RIGHT. & MENTAL CRUELTY

4

**III.     Relief:** State what relief you are seeking if you prevail on your complaint.

I ORDER THE MONETARY COMPENSATION OF A MINIMUM OF $500,000.00¢ FOR MY PAIN AND SUFFERING. IN THIS LEGAL MATTER TO BE PERMITTED BY THE FEDERAL COURT.

I declare under penalty of perjury that on 01/08/2023 (date), I delivered this complaint to prison authorities at ANNA M KROSS CENTER (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/08/2023

_Signature of Plaintiff_

ANNA M KROSS CENTER
**Name of Prison Facility or Address if not incarcerated**

1818 HAZEN STREET
EAST ELMHURST 11370
RIKER ISLAND
**Address**

NYSID# 15124253/C   B&C# 3492102369
**Prisoner ID#**

rev. 12/1/2015

FROM — YESSUH SUHYES HUSSEY
ANNA M KROSS CENTER
18-18 HAZEN STREET
EAST ELMHURST, NY 11370

7022 2410 0003 0117 0639

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

★ 1 6 2023  ★

ISLAND OFFICE

DISTRICT JUDGE — PAMELA K. CHEN
TO — CLERK OF U.S DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN NEW YORK 11201

LEGAL DOCUMENT
LEGAL MAIL